**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**TIMOTHY A. VAIL,**

          **Plaintiff,**          **9:19-cv-34**
                                          **(GLS/ML)**

        **v.**

**JAMES O'GORMAN et al.,**

          **Defendants.**

**APPEARANCES:**                        **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Timothy A. Vail
*Pro Se*
89-C-1513
Sullivan Correctional Facility
Box 116
Fallsburg, NY 12733

**FOR THE DEFENDANTS:**
HON. LETITIA JAMES            ERIK BOULE PINSONNAULT
New York State Attorney General   Assistant Attorney General
The Capitol
Albany, NY 12224

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

The above-captioned matter comes to this court following an Order and Report-Recommendation (R&R) by Magistrate Judge Miroslav Lovric duly filed November 19, 2021. (Dkt. No. 58.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections

filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Order and Report-Recommendation (Dkt. No. 58) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendants' motion for summary judgment (Dkt. No. 53) is **GRANTED**; and it is further

**ORDERED** that the complaint (Dkt. No. 1) is **DISMISSED**; and it is further

**ORDERED** that the Clerk is directed to close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

December 16, 2021
Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge